**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Parke Bank | : | |
| | : | |
| V. | : | Civil Action |
| Fidelity National Title Insurance Company, Alternative Abstract Incorporated and Elizabeth Thomas | : : : | No: _____ |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, __Parke Bank__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

02/14/2011                                                                                         David Banks /s/
_____                                              _____
Date                                                                                               Signature

Counsel for: __Plaintiff Parke Bank__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or

        (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)    promptly file a supplemental statement if any required information changes.